[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 209.]

MARIC ET AL., APPELLANTS, *v*. ADAMS ET AL.; STATE FARM MUTUAL

AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Maric v. Adams*, 2001-Ohio-154.]

*Insurance—Motor vehicles—Mandatory offering of uninsured and underinsured motorist coverage—Subrogation—Court of appeals' judgment affirmed on authority of Littrell v. Wigglesworth and Clark v. Scarpelli.*

(Nos. 00-874 and 00-1148—Submitted May 16, 2001—Decided July 5, 2001.)

APPEAL from and CERTIFIED by the Court of Appeals for Lake County, No. 98-L-142.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., concur in judgment.

————————————

COOK, J., concurring in judgment.

{¶ 2} I concur in judgment based on the reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing opinion.

————————————

*Robert P. Rutter,* for appellants.

*Davis & Young Co., L.P.A., Henry A. Hentemann* and *J. Michael Creagan*, for appellee.

————————————